UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANGELO D. JOHNSON,

                            Plaintiff,                    Case # 20-CV-6551-FPG

v.

                                                                 ORDER

PA J. PEREZ, et al.,

                            Defendants.

     Plaintiff brought this case against Defendants in April 2020.  ECF No. 1.  Defendants were served in June 2021, ECF No. 22, and they answered, ECF No. 25.  Magistrate Judge Mark W. Pedersen held a scheduling conference in October 2021 and agreed to stay issuance of a scheduling order.  ECF No. 28.  Judge Pedersen set another scheduling conference for February 2022, but the order setting the conference was returned as undeliverable to Plaintiff, ECF No. 30, and Plaintiff failed to appear, ECF No. 29.  Judge Pedersen issued an order to show cause for failure to prosecute, ECF No. 31, and in June 2022, Plaintiff filed a "motion for assistance litigating case" and updated his mailing address.  ECF No. 33.  Judge Pedersen set a telephone conference to discuss Plaintiff's motion, but the notice setting the conference was returned as undeliverable, ECF No. 36, and Plaintiff failed to appear for the conference.

     On August 30, 2022, issued an Order to Show Cause why the case should not be dismissed for failure to prosecute.  ECF No. 39.  The Order to Show Cause was returned as undeliverable, ECF No. 40, and Plaintiff failed to appear for the scheduled show cause hearing, ECF No. 41.  Accordingly, on October 11, 2022, Judge Pedersen issued a Report and Recommendation ("R&R"), recommending that Plaintiff's case be dismissed for failure to prosecute.  ECF No. 43.  In the R&R, Judge Pedersen explained that he and opposing counsel tried various methods to reach Plaintiff—even calling the hospital that was his last known address—all to no avail.  Plaintiff did

not object to or otherwise respond to the R&R and the R&R was returned as undeliverable. ECF No. 44.

If a civil case has been pending for over six months and a party "is not in compliance with the directions of the Judge or a Magistrate Judge," Local Rule of Civil Procedure 41(b) authorizes the Court to "issue a written order to the parties to show cause within thirty days why the case should not be dismissed for failure to . . . prosecute." Loc. R. Civ. P. 41(b). The parties must "respond to the order by filing sworn affidavits explaining in detail why the action should not be dismissed." *Id.* "If the parties fail to respond, the Judge may issue an order dismissing the case, or imposing sanctions, or issuing such further directives as justice requires." *Id.*

Similarly, Local Rule of Civil Procedure 5.2(d) states that "[t]he Court must have a current address at all times. Thus, a *pro se* litigant must inform the Court immediately, in writing, of any change of address. Failure to do so may result in dismissal of the case, with prejudice." Local R. Civ. P. 5.2(d).

Here, Plaintiff has failed to provide the Court with a current address, he is not in compliance with Judge Pedersen's orders, and he has failed to respond to the Order to Show Cause. Accordingly, the Court ADOPTS IN FULL Judge Pedersen's R&R, ECF No. 43, and DISMISSES the Amended Complaint.

IT IS SO ORDERED.

Dated: October ___, 2022
       Rochester, New York

                                              HON. FRANK P. GERACI, JR.
                                              United States District Judge
                                              Western District of New York